170 So. 79

### EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. Herbert FOSTER, Pro Ami.

#### 6 Div. 5.

Supreme Court of Alabama.

Oct. 8, 1936.

Howze & Brown, of Birmingham, for petitioner.

Moore & Green, of Bessemer, opposed.

THOMAS, Justice.

Petition of the Equitable Life Assurance Society of the United States for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Equitable Life Assur. Soc. v. Foster, 170 So. 76.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.